UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

**FILED**

MAR 2 9 2001

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

Entered: 3/29/01

---

**Thomas M. Parkman,**

          *Plaintiff,*

v.

**The University of South Carolina;
Dr. George D. Terry; Bobby D. Gist;
Jennifer R. Ottervik; and Jeffrey
R. Whitson,**

          *Defendants.*

JUDGMENT IN A CIVIL CASE

C/A No. 3:99-579-17

---

**Decision by the Court.** This action came before the court, the Honorable Joseph F. Anderson, Jr., United States District Judge presiding. The court having duly granted defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED summary judgment is entered for the defendants, The University of South Carolina, Dr. George D. Terry, Bobby D. Gist, Jennifer R. Ottervik, and Jeffrey R. Whitson. The plaintiff shall take nothing and this action is dismissed with prejudice.

March 29, 2001

Date

Columbia, South Carolina

LARRY W. PROPES

Clerk

By: *Karen G. Smith, Deputy*

46