JUDGMENT

FILED: August 6, 2002

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

FILED

AUG 3 0 2002

LARRY W. PROPES, CLERK
COLUMBIA, SC

NO. 01-1596
CA-99-579-3-17

THOMAS M. PARKMAN

    Plaintiff - Appellant

v.

UNIVERSITY OF SOUTH CAROLINA; GEORGE D. TERRY; BOBBY GIST; JENNIFER R. OTTERVIK; JEFFREY R. WHITSON

    Defendants - Appellees

---

Appeal from the United States District Court for the
District of South Carolina at Columbia

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

/s/ Patricia S. Connor
---
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ [signature]
    Deputy Clerk